# United States District Court

RECEIVED
U.S. MARSHAL
2008 MAR 18 AM 9:23
MIDDLE DIST OF FLORIDA
TAMPA

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

orig'l copy

UNITED STATES OF AMERICA

v.

RODNEY PHILON

**WARRANT FOR ARREST**

CASE NUMBER: 8:08-m- 08 M-111 TBM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RODENY PHILON and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with distribution of the anabolic steroid, dianabol. In violation of Title 21 United States Code, Section 841(a).

Thomas B. McCoun, III
Name & Title of Judicial Officer

[signature]
Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

3-16-08
Date and Location

Tampa, FL.

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-16-2008 | s/A Gary W. Corbett | [signature] |
| DATE OF ARREST | | |
| 3-16-2008 | | |