UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

vs.                                                        Case No. 8:08-CR-169-T-24TBM

RODNEY PHILON
_____/

**O R D E R**

This matter comes before the Court on a petition alleging violations of the conditions of probation. On September 1, 2009, the US Probation Services Officer filed a superseding petition with the Court (Doc. 40) stating that the Defendant Philon violated the conditions of his probation by: (1) committing a new criminal conduct, driving under the influence, occurring on July 1, 2009, while on supervision in violation of the conditions of supervision;(2) failing to submit written monthly reports, in violation of Condition 2 of the Standard Conditions of Supervision; (3) failing to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer, in violation of Condition 11 of the Standard Conditions of Supervision;(4) failing to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer, in violation of Condition 11 of the Standard Conditions of Supervision,  and; (5)failing to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer, in violation of Condition 11 of the Standard Conditions of Supervision.

On September 3, 2009, the Court conducted a hearing. At the hearing, Defendant Philon admitted to committing violations two, three, four and five, but denied committing violation one, as set out above.

Upon consideration, it is **ORDERED AND ADJUDGED** that the defendant has violated the terms and conditions of his probation as to violation charge numbers, two, three, four and five. There is not sufficient evidence at this time to determine that the defendant violated condition number one, therefore, the Court finds that the defendant has not violated charge number one and is discharged as to such violation charge.

It is further **ORDERED AND ADJUDGED** that the defendant be continued on probation and that the probation be extended to a term of SIXTY (60) months. The original terms and conditions previously imposed remain the same, with the additional following conditions: (1) the defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing or the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services and; (2) once the defendant has completed his participation in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency, he shall continue to refrain from the use of alcohol, and drugs.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of September, 2009.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

cc: Counsel of Record
    US Probation Office