Rodney Philon
15403 Winter Breeze Ln
Wimauma FL 33598

10/30/2011

11 NOV 14 PM 1:31

United States District Court
Middle District Of Tampa
 Tampa Division
ATTN: JUDGE (Susan C. Bucklew)
United States District Judge

RE: Case # 8:08-cr-169-T-24TBM  Rodney D. Philon

Dear Judge Susan C Bucklew

I am writing you to respectfully request early termination of my supervision Ref case # (8:08-cr-169-T-24TBM).

I would like to thank you Judge for letting me serve my probation for the last few years. During this time I had violated my probation for a DUI back in 2009 that was later thrown out of court but I still took all the necessary classes and paid all my fines. I was able to hold down a full time job at P&S Dependable Construction and a part time job a Labrada nutrition as a sales rep. In February of 2010 I had an accident and had to have surgery on both legs to reattach all the muscles (Bi Lateral Quad tendon Tear both legs). I was not able to work for about 9 months because of the injuries and the rehab and to this day I still am in a lot of pain and have to have 2 more surgeries.

I have done everything to honor my probation and have not had any issues with my probation officer (Bradley Vaughn).

I would like to prove to you and everyone that I am more responsible and ready to do better with myself and I am very sorry for what I have done.

I humbly ask that you give me this opportunity Judge to show you I have changes and for the better.

I remain respectfully

Rodney Philon
*Rodney Philon*